UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-011 |
| | ) | |
| LAWRENCE MAURICE REEVES, JR. | ) | |

**O R D E R**

By memorandum and order entered April 14, 2021 [doc. 99], this Court denied the defendant's counseled motion for compassionate release pursuant to 18 U.S.C. 3582(c)(1)(A)(i). Therein, the Court explained its holding that the defendant's rehabilitative efforts and a recent nonretroactive change in the law did not, alone or in combination, amount to extraordinary and compelling reasons justifying compassionate release in this case.

Now before the Court is the defendant's counseled motion to reconsider the April 14 ruling. [Doc. 100]. The defense argues that the Court "overread the breadth" of the Sixth Circuit's recent holding in *United States v. Wills*, 991 F.3d 720 (6th Cir. 2021).

This Court did not "overread" *Wills* and is well aware of its own discretion. For example, this Court recently *granted* compassionate release in a case where arguments identical to those presented by the instant defendant were offered in combination with other grounds. *See United States v. Coon*, No. 3:03-CR-151, 2021 WL 682064 (E.D. Tenn. Feb. 22, 2021).

That the Court did not also find extraordinary and compelling grounds for release in *this* case does not mean that the Court misread *Wills*. For the reasons provided in the Court's April 14 ruling, the defendant's motion for reconsideration [doc. 100] is **DENIED.**

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge